```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) 2:05-CV-01863-DFL-JFM
                                 )
11         Plaintiff,            ) APPLICATION AND ORDER
                                 ) FOR PUBLICATION
12      v.                       )
                                 )
13  APPROXIMATELY $42,811.00 IN UNITED )
    STATES CURRENCY,             )
14                               )
           Defendant.            )
15  _____)

16
```

17      The United States of America, plaintiff herein, applies for
18  an order of publication as follows:
19      1.   Rule C(4) of the Supplemental Rules for Certain
20  Admiralty and Maritime Claims provides that the plaintiff shall
21  cause public notice of the action and arrest to be given in a
22  newspaper of general circulation in the district, designated by
23  order of the Court;
24      2.   Local Rule 83-171, Eastern District of California,
25  provides that the Court shall designate by order the appropriate
26  newspaper for publication;
27      3.   The defendant currency was seized in Placer County,
28  Rocklin, California;

1        4.   Plaintiff proposes that publication be made as follows:
2             a.   One publication;
3             b.   In the following newspaper, a legal newspaper of
4  general circulation, located in the county in which the defendant
5  property was seized: <u>Auburn Sentinel</u>;
6             c.   The publication to include the following:
7                  (1)  The Court, title and number of the action;
8                  (2)  The date of the arrest/seizure;
9                  (3)  The identity and/or description of the
10 property arrested/seized;
11                 (4)  The name, address and telephone number of the
12 attorney for the plaintiff;
13                 (5)  A statement that claims of persons entitled
14 to possession or claiming an interest pursuant to Supplemental
15 Rule C(6) of the Federal Rules of Admiralty must be filed with
16 the Clerk and served on the attorney for the plaintiff within 30
17 days after the date of publication;
18                 (6)  A statement that answers to the complaint
19 must be filed and served within 20 days after the filing of the
20 claims and, in the absence thereof, default may be entered and
21 condemnation ordered;
22                 (7)  A statement that applications for
23 intervention under Fed. R. Civ. P. 24 by persons claiming
24 maritime liens or other interests shall be filed within the 30
25 days allowed for claims for possession; and
26 ///
27 ///
28 ///

1  (8) The name, address, and telephone number of
2 the U.S. Marshal and/or Department of Treasury.

3
4 DATED: <u>Sept. 15, 2005</u>        McGREGOR W. SCOTT
                                     United States Attorney
5
6                                    <u>/s/ Kristin S. Door</u>
                                     KRISTIN S. DOOR
7                                    Assistant U.S. Attorney

8
9                                 **ORDER**
10     IT IS SO ORDERED.
11 DATED: September 21, 2005.

                                     UNITED STATES MAGISTRATE JUDGE

22 /42811.po