```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:05-CV-1863 DFL/JFM |
|---|---|---|
| Plaintiff, | ) | **FINAL JUDGMENT OF FORFEITURE** |
| v. | ) | |
| APPROXIMATELY $42,811.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against approximately $42,811 in U.S. Currency (hereinafter the "defendant currency") seized from Room 214 at the Comfort Suites Hotel, Rocklin, California, within the Eastern District of California, on March 9, 2005, by the Rocklin Police Department. The currency was subsequently adopted for forfeiture by the Drug Enforcement Administration (DEA) on April 7, 2005.

2. A Verified Complaint for Forfeiture <u>In Rem</u> (hereafter "Complaint") was filed on or about September 15, 2005, seeking the forfeiture of the defendant currency, alleging that said

1

1  currency is subject to forfeiture to the United States pursuant
2  to 21 U.S.C. § 881(a)(6).
3       3.  On or about September 15, 2005, the Court issued a
4  Warrant of Arrest In Rem for the defendant currency, and that
5  warrant was duly executed on September 21, 2005.
6       4.  On or about October 4, 2005, copies of the Complaint,
7  Summons and Warrant of Arrest In Rem, Application and Order for
8  Publication, and court notices were personally served on claimant
9  Rebel Gurreri and on potential claimants Jesse Colt Gurreri and
10 Steven John Ogletree.  These documents were also served on Jesse
11 Colt Gurreri by certified mail on September 26, 2005.
12      5.  On or about February 10, 2006, a Public Notice of Arrest
13 of defendant currency appeared by publication in The Sentinel, a
14 newspaper of general circulation in the county in which the
15 defendant currency was seized (Placer County).  The Proof of
16 Publication was filed with the Court on March 13, 2006.
17      6.  Claimant Rebel Gurreri filed a verified claim to the
18 defendant property on October 20, 2005, and filed an Answer to
19 the Complaint on November 23, 2005.  No other parties have filed
20 claims or answers in this matter, and the time for which any
21 person or entity may file a claim and answer has expired.
22      7.  Claimant Rebel Gurreri represents and warrants that she
23 is the sole owner of the defendant currency.
24      Based on the above findings, and the files and records of
25 the Court, it is hereby
26      ORDERED AND ADJUDGED:
27      1.  That the Court adopts the Stipulation for Final Judgment
28 of Forfeiture entered into by and between the parties to this

2

1  action.
2      2.   That judgment is hereby entered against claimant Rebel
3  Gurreri and all other potential claimants who have not filed
4  claims in this action.
5      3.   That the defendant approximately $42,811 in U.S.
6  Currency, plus any interest that may have accrued, shall be
7  forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6),
8  to be disposed of according to law.
9      4.   That plaintiff United States of America and its
10 servants, agents, and employees and all other public entities,
11 their servants, agents, and employees, are released from any and
12 all liability arising out of or in any way connected with the
13 arrest, seizure or forfeiture of the defendant currency.  This is
14 a full and final release applying to all unknown and
15 unanticipated injuries, and/or damages arising out of said
16 arrest, seizure or forfeiture, as well as to those now known or
17 disclosed.  The parties waive the provisions of California Civil
18 Code § 1542.
19     5.   Pursuant to the stipulation of the parties, and
20 allegations set forth in the Complaint for Forfeiture In Rem
21 filed September 15, 2005, the Court finds that there was
22 reasonable cause for the seizure and arrest of the defendant
23 currency, and a Certificate of Reasonable Cause pursuant to 28
24 U.S.C. § 2465 shall be entered accordingly.
25 ///
26 ///
27 ///
28

1  6.   That all parties are to bear their own costs and
2 attorneys' fees, if any.
3  SO ORDERED THIS 28th day of November, 2006.

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture In Rem filed September 15, 2005, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency.

/s/ David F. Levi
DAVID F. LEVI
United States District Judge